# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| [Plaintiff] | : |
|---|---|
| ZIYAO JIANG | : |
| vs. | :CASE NO: |
| [Defendant] | : |
| VEO INC | : |

# COMPLAINT

1 . Plaintiff ZIYAO JIANG, address 4658 157th St, Flushing, NY 11355.

2 . Defendant LORISSA BUS SERVICE, INC. , 145-40 155TH ST, JAMAICA, NY 11434.

Part One. Facts

3.Defendant participate organized crime at Plaintiff.







Part Two. Compensation.

4. Plaintiff claim $5,000,000 compensation at Defendant.

Feb 02, 2026

/S/[ZIYAO JIANG]