UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                                     Plaintiff,                    26-CV-0919 (LTS)

                         -against-                                ORDER OF DISMISSAL
                                                                  UNDER 28 U.S.C. § 1651
VEO, INC., ET AL.,

                                     Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 9, 2025, the Court barred Plaintiff from filing any new civil action *in forma pauperis* without first obtaining from the court leave to file. *See Jiang v. North Shore Univ. Hosp.*, No. 25-CV-3814 (LTS) (S.D.N.Y. June 11, 2025). Plaintiff files this new *pro se* case without prepayment of the filings fees and has not sought leave from the court to bring this action. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the June 9, 2025 order.

The Court directs the Clerk of Court to terminate Plaintiff's "motion to freeze assets," filed at ECF 4.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

 Dated:    February 4, 2026
           New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge