UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                              Plaintiff,

                  -against-

VEO, INC., ET AL.,

                              Defendants.

26-cv-0919 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 4, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 9, 2026
         New York, New York

                                /s/ Laura Taylor Swain
                                LAURA TAYLOR SWAIN
                                Chief United States District Judge